# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMITY LARSEN and DANIELLE WOLD, Personal Representatives for the Estate of Carl R. Ingram,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN STATES INSURANCE COMPANY and SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>Defendants. | NO: 2:14-CV-58-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal, ECF No. 19. Having reviewed the Stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, **ECF No. 19**, is **APPROVED**. Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 6th day of November 2014.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2